P/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————————X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 13 2005 ★
BROOKLYN OFFICE

VERNETTA R. GARVIN,

        Plaintiff,

   -against-

BANK OF NEW YORK, as Trustee, under the
Pooling and Servicing Agreement Dated as of
November 30, 1994, Series 1994-D;
WACHOVIA BANK; HOME EQ. SERVICING
CORPORATION; ROSICKI, ROSICKI AND
ASSOCIATES; JOHN DOE OR JANE DOE,

        Defendants.
——————————————————————X

CIVIL JUDGMENT
05-CV-2760 (NGG)

Pursuant to the order issued today by the undersigned dismissing the complaint and order to show cause for a preliminary injunction, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint and order to show cause for a preliminary injunction are hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: June __, 2005
       Brooklyn, N.Y.

       /s/ Nicholas G. Garaufis
       Nicholas G. Garaufis
       United States District Judge